1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JERRY WEST, Jr.,                            Case No. 2:21-cv-00410-JDP (HC)

12                     Petitioner,                 ORDER DIRECTING PLAINTIFF TO FILE
                                                   AN APPLICATION TO PROCEED IN
13              v.                                 FORMA PAUPERIS OR PAY THE FILING
                                                   FEE
14     BRIAN CATES,

15                     Respondent.

16

17           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18     corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis*

19     affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20     will be provided the opportunity to either submit the appropriate affidavit in support of a request

21     to proceed *in forma pauperis* or submit the appropriate filing fee.

22           In accordance with the above, it is hereby ORDERED that:

23           1.  Petitioner shall submit, within thirty days from the date of this order, either an affidavit

24     in support of his request to proceed *in forma pauperis* or the appropriate filing fee.

25           2.  Petitioner's failure to comply with this order will result in a recommendation that this

26     action be dismissed.

27

28

1          3.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3

4    IT IS SO ORDERED.

5

6    Dated:    March 15, 2021                          _____

7                                                      JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2